UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : |
| | :   Case No. 16-CR-197(RC) |
| | : |
| GREGORY ZANDERS, | : |
| | : |
| Defendant. | : |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Notice of Filing attaching the unsealed exhibits consistent with this Court's Order in 21-MJ-08(RC), granting the Petition to Unseal.

The government hereby attaches the following unsealed exhibits:

- 83-3
- 83-4
- 83-5
- 83-6
- 83-7
- 83-8
- 83-10
- 83-11
- 83-19

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*/s/ Laura Crane*
Laura Crane
D.C. Bar No. 992454
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20579
Phone:   (202) 252-7667
Email:   laura.crane@usdoj.gov