# EXHIBIT 7

U.S. Department of Justice
Drug Enforcement Administration



Office of Professional Responsibility
**REPORT OF INVESTIGATION**

| | |
|---|---|
| 1. File Number: ▮ | 2. Date: September 11, 2017 |
| 3. File Title: Fuentecilla, Ken (Forensic Chemist) and Pillard, Sarah (Forensic Chemist) | |

4. Allegations: Loss/Theft of Drug Evidence

## PART I – REPORT DETAILS

| 5. Inspectors: ▮ | 6. OPR Team/Field Office: Team B Headquarters |
|---|---|

7. Report Re: Contact Interviews of ▮ Conducted on August 16, 2017 - August 29, 2017.

8. Documentation:
- ☐ Administrative Warning
- ☐ Criminal Warning
- ☐ Confidentiality Agreement
- ☐ Sworn Transcribed Statement
- ☐ Sworn Written Statement
- ☐ Other Attached Documents (List in block 18.)

## PART II – INTERVIEW DETAILS

| 9. Subject Name: ▮ | 10. Position/Title: Lab Director |
|---|---|
| 11. Office/Address: ▮ | 12. Telephone Number: ▮ |
| 13. Location: DEA Headquarters | 14. Date: August 16, 2017 | 15. Time: 12:00pm |

## PART III – APPROVALS

| 16. Submitted By (Title, Signature and Date): ▮ 9/27/17 Inspector | 17. Approved By (Title, Signature and Date): ▮ 9/22/2017 Senior Inspector |
|---|---|

## PART IV – NARRATIVE

**18. Synopsis for Final Report:**

Details:

1. On August 16, 2017, Laboratory Director (LD) ▮, Special Testing Laboratory (SFL1), contacted the Office of Professional Responsibility (OPR) and said he suspected Forensic Chemist (FC) Ken Fuentecilla, SFL1, maybe involved the theft of the drugs from the SFL1 drug vault. LD ▮ said he reviewed the access card data to the vault and discovered on August 11, 2017, FC Fuentecilla accessed the vault, retrieved a drug sample, and returned to the vault a short time later to return the drug sample. LD ▮ said in that short amount of time, FC Fuentecilla could not have made a drug sample necessary for testing purposes. LD ▮ said that same day 525mg of methamphetamine was missing

OPR Form – 6
(Dec. 2000, TBP)

**DEA SENSITIVE**
Drug Enforcement Administration

Page 1 of 2

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

| Office of Professional Responsibility<br>**REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File Number: | 2. Date: September 11, 2017 |
|---|---|---|
| | 3. File Title: Fuentecilla, Ken (Forensic Chemist) and Pillard, Sarah (Forensic Chemist) | |

from a reference working materials' vile maintained in the vault. [**NOTE:** Per LD [redacted], FC Fuenticilla was only authorized to retrieve cocaine samples from the drug vault.]

2. LD [redacted] contacted the OPR on August 18, 2017, and he said between August 17, 2017 and August 18, 2017, 398mg of methamphetamine and 277mg of oxycodone were missing from the reference working materials at SFL1. LD [redacted] said there were no corresponding entries on the Working Standard Checkout Sheet.

3. LD [redacted] contacted the OPR on August 21, 2017, and he said 120mg of methamphetamine was missing from the reference working materials at SFL1. LD [redacted] said there were no corresponding entries on the Working Standard Checkout Sheet. [**NOTE:** On August 23, 2017, the OPR and DEA Telecommunications Specialists (ITS) installed remotely monitored video surveillance cameras inside SFL1's drug vault and above FC Fuentecilla's workstation and desk. The OPR instructed LD [redacted] to obtain weights twice daily of four glass vials which two contained methamphetamine and two contained oxycodone.]

4. LD [redacted] contacted the OPR on August 24, 2017, and he said 164.7 mg oxycodone was missing from the vault. [**NOTE:** The OPR reviewed the SFL1 vault camera, which revealed the theft occurred the previous day prior to the ITS camera installation.]

5. LD [redacted] contacted the OPR on August 25, 2017, and said 227.9 mg oxycodone was missing. [**NOTE:** The OPR reviewed the ITS surveillance camera video, which showed FC Sarah Pillard, SFL1, enter the drug vault, retrieve the oxycodone vial, and return the vial approximately three minutes later without signing the checkout sheet.]

6. LD [redacted] contacted the OPR on August 29, 2017, and he said 164.9 mg oxycodone was missing. [**NOTE:** The OPR reviewed the ITS surveillance camera video, which showed FC Pillard enter the drug vault, retrieve the oxycodone vial, and return the vial approximately three minutes later. The OPR reviewed the checkout sheet and observed FC Pillard annotated she retrieved "fentanyl."]

**Attachments:**

None

OPR Form – 6
(June 2003, TBP)

**DEA SENSITIVE**
**Drug Enforcement Administration**

Page 2 of 2

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.