# EXHIBIT 8

## VIRGINIA STATE POLICE ACTIVITY REPORT

CONFIDENTIAL This document contains neither recommendations nor conclusions of the Virginia State Police. It is the property of the Virginia State Police and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**File Number:** ▇▇▇▇

**File Manager:** ▇▇▇▇▇▇▇ SAGT

**Activity Number:** ▇▇▇▇

**Activity Title:** Operational Summary

**Activity Date/Time:** 08/30/2017 15:00

**Activity Lead Employee:** ▇▇▇▇▇▇▇ SAGT

Virginia State Police Drug Enforcement Section

August 30, 2017

Date/Time/Place:     DEA Special Testing and Research Laboratory
                     ▇▇▇▇▇▇▇▇▇▇

Operation:     Assist DEA OPR with an ongoing investigation into the embezzlement of Methamphetamine from their lab.

Case #         ▇▇▇▇

Subjects:      FUENTECILLA, Ken
               Home Address: ▇▇▇▇▇▇▇▇▇▇

Date of Birth: ▇▇▇▇

Subject's Vehicle:   No vehicle utilized

Lead Investigator:   SA ▇▇▇▇

Supervisor:          ASAC ▇▇▇▇

Other Agents/Detectives: Virginia State Police DES Special Agents ▇▇▇▇ and ▇▇▇▇ DEA OPR Agents ▇▇▇▇

Details of Investigation:

On August 23, 2017 Virginia State Police DES Agents were advised of an ongoing

## VIRGINIA STATE POLICE ACTIVITY REPORT

CONFIDENTIAL This document contains neither recommendations nor conclusions of the Virginia State Police. It is the property of the Virginia State Police and is loaned to your agency; it and its contents are not to be distributed outside your agency.

investigation being conducted by the Drug Enforcement Administration (DEA) Office of Professional Responsibility (OPR). The investigation centered on a complaint that Methamphetamine had been missing from a controlled access area within the DEA Special Testing and Research Laboratory located in Dulles, Virginia.

On August 24, 2017 DES agents met with DEA OPR agents and were briefed about the case. Their target of the investigation, Ken FUENTECILLA, was suspected of stealing the methamphetamine during his normal workday. DEA agents stated that FUENTECILLA was gaining access to the methamphetamine through a controlled access vault. The methamphetamine, along with various other drugs, is housed in a container within the controlled access area. This container, which resembles a microwave, has a clear glass door and a clear glass top to allow an individual to see which drug they intend to remove. The drugs are kept in white plastic bottles labeled with a distinct number and color. FUENTECILLA had authorized access to the container; however, FUENTECILLA was assigned to a cocaine signature program and would only need to remove cocaine in the course of his normal duties, not methamphetamine. Analysis of FUENTECILLA's key card entries to the controlled access area coincided with methamphetamine missing. The methamphetamine was weighed after FUENTECILLA had been in the area and found to be lighter than the controlled amount normally kept in the bottle.

DEA OPR agents had several cameras installed in the facility including cameras installed over FUENTECILLA's desk, workspace, and in the container housing the drugs. DES agents remained with OPR agents as they monitored FUENTECILLA's movements. The surveillance continued to the following week.

On August 30, 2017 DES agents rejoined DEA OPR agents. During active surveillance of the cameras FUENTECILLA was seen entering the controlled access area. FUENTECILLA proceeded directly to the container housing the drugs and removed the bottle containing methamphetamine. FUENTECILLA placed the bottle in his lab coat and left the area. FUENTECILLA is seen on the camera retrieving an item from a supply drawer before proceeding to his workspace. When FUENTECILLA arrived he reached into his lab coat and retrieved the bottle of methamphetamine with a small, thin spatula commonly used in the lab. FUENTECILLA transferred the methamphetamine from the bottle into a clear glass vial with a white top. FUENTECILLA then placed the glass vial into his right front pocket.

FUENTECILLA returned to the controlled access area and replaced the bottle of methamphetamine. FUENTECILLA noticed another employee in the area and pretended to make quick notation in the log to appear legitimate.

DES agents and DEA OPR agents proceeded to the laboratory. Once agents were inside, FUENTECILLA was brought to an office where he was met by SA███████, SA███████, and DEA OPR agent███████. FUENTECILLA was searched and within his right front pocket a small, clear glass vial containing a white crystal powder was found. After FUENTECILLA was searched he sat down at a desk with SA███ and SA███. FUENTECILLA was positioned closest to the door with SA███ to FUENTECILLA's left and SA███ to his right. SA███ asked FUENTECILLA what the substance was in the vial. FUENTECILLA stated it was methamphetamine. SA███ attempted to

Page 2

## VIRGINIA STATE POLICE ACTIVITY REPORT

CONFIDENTIAL This document contains neither recommendations nor conclusions of the Virginia State Police. It is the property of the Virginia State Police and is loaned to your agency; it and its contents are not to be distributed outside your agency.

interview FUENTECILLA which will be detailed on a separate report.

FUENTECILLA was later transported to the Loudoun County Adult Detention Center (ADC). Upon the recommendation of the Loudoun County Commonwealth Attorney's Office, a search warrant was applied for a legal blood draw from FUENTECILLA and another search warrant for FUENTECILLA's residence. The search warrant for a legal blood draw was applied for by SA ▮▮▮. Once the search warrant was granted, SA ▮▮▮ transported FUENTECILLA to the Inova Loudoun Hospital Emergency Room where a legal blood draw was taken pursuant to the issued search warrant.

SA ▮▮▮ applied for the search warrant for FUENTECILLA's residence. The search warrant was granted and at that time SA ▮▮▮ had transported FUENTECILLA back to the Loudoun ADC. SA ▮▮▮ obtained arrest warrants for FUENTECILLA under Virginia Code 18.2-250 - Possession of a Schedule I/II drug and 18.2-111 - Embezzlement. FUENTECILLA was served with the warrants and remanded to the custody of the Loudoun County Sheriff's Office.

DES and DEA OPR agents proceeded to FUENTECILLA's residence, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The search warrant was executed at 2337 hrs. No items were seized during the search and all agents exited the residence at approximately 0015 hrs.

**Available Attachments:**

SP-110-Operational Summary-▮▮▮▮doc    SP-110-Operational Summary-▮▮▮▮