# EXHIBIT 10



| Office of Professional Responsibility | **1. File Number:** | | **2. Date:** November 13, 2017 |
|---|---|---|---|
| **REPORT OF INVESTIGATION** | **3. File Title:** Fuentecilla, Ken (Forensic Chemist) and Pillard, Sarah (Forensic Chemist) | | |

**4. Allegations:**   Loss/Theft of Drug Evidence

## PART I – REPORT DETAILS

| **5. Inspectors:** | **6. OPR Team/Field Office:** Team B Headquarters |
|---|---|

**7. Report Re:**   Contact Interview with ▮▮▮ Conducted on November 13, 2017

**8. Documentation:**

- ☐ Administrative Warning
- ☐ Criminal Warning
- ☐ Confidentiality Agreement
- ☐ Sworn Transcribed Statement
- ☐ Sworn Written Statement
- ☒ Other Attached Documents (List in block 18.)

## PART II – INTERVIEW DETAILS

| **9. Subject Name:** | **10. Position/Title:** Drug Program Coordinator |
|---|---|
| **11. Office/Address:** | **12. Telephone Number:** |
| **13. Location:** DEA Headquarters Telephonic | **14. Date:** November 13, 2017 | **15. Time:** 10:00am |

## PART III – APPROVALS

| **16. Submitted By (Title, Signature and Date):** | 11/24/17 | **17. Approved By (Title, Signature and Date):** | 11/24/2017 |
|---|---|---|---|
| Inspector | | Senior Inspector | |

## PART IV – NARRATIVE

**18. Synopsis for Final Report:**

**Details:**

1.      On November 13 2017, Drug Program Coordinator (DDPC), ▮▮▮ Health Services Unit (HRLH), Human Resources Division (HR), was contacted and he provided the Quest Diagnostic Incorporated (Inc), laboratory documents and litigation packages related to the urine analysis of Forensic Chemist (FC) Ken Fuentecilla, Special Testing Laboratory (SFL1) (suspended), and FC Sarah Pillard, SFL1, (resigned), taken subsequent to their arrest on August 23, 2017, at the SFL1. DDPC ▮▮▮ said FC Fuentecilla's specimen screened positive for Cocaine Metabolite, Amphetamine, and Methamphetamine and he said FC Pillard screened positive for Oxycodone and Oxymorphone.

**DEA SENSITIVE**
**Drug Enforcement Administration**
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

| Office of Professional Responsibility **REPORT OF INVESTIGATION** *(Continuation)* | **1. File Number:** ▮▮▮▮ | **2. Date:** November 13, 2017 |
|---|---|---|
| | **3. File Title:**   Fuentecilla, Ken (Forensic Chemist) and Pillard, Sarah (Forensic Chemist) | |

**Attachments:**

    A. Laboratory documents and litigation package related to the urine analysis of FC Fuentecilla.

    B. Laboratory documents and litigation package related to the urine analysis of FC Pillard.

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.