# EXHIBIT 11

## VIRGINIA STATE POLICE ACTIVITY REPORT

CONFIDENTIAL This document contains neither recommendations nor conclusions of the Virginia State Police. It is the property of the Virginia State Police and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**File Number:** ▮

**File Manager:** ▮ SAGT

**Activity Number:** ▮

**Activity Title:** Interview-FUENTECILLA

**Activity Date/Time:** 08/30/2017 15:21

**Activity Lead Employee:** ▮ SAGT

Virginia State Police

DATE/TIME/PLACE    August 30, 2017 3:17 pm
                   DEA Special Testing and Research Laboratory
                   ▮

CASE #             ▮

SUBJECT            FUENTECILLA, Ken
                   ▮
                   Date of Birth: ▮

OTHER AGENTS    SA ▮

DETAILS OF INTERVIEW

Virginia State Police DES Agents assisted with an investigation being conducted by the Drug Enforcement Administration (DEA) Office of Professional Responsibility (OPR). The investigation centered on a complaint that Methamphetamine had been missing from a controlled access area within the DEA Special Testing and Research Laboratory located in Dulles, Virginia. The OPR agents had identified a chemist, Ken FUENTECILLA, as a suspect. Video cameras were installed at strategic places within the facility and on August 30, 2017 FUENTECILLA was seen taking methamphetamine from the controlled access area and transferring it to a glass vial and placing it in his front pants pocket. FUENTECILLA was brought into an office within the facility to be interviewed by SA ▮ and SA ▮

Page 4

## VIRGINIA STATE POLICE ACTIVITY REPORT

CONFIDENTIAL This document contains neither recommendations nor conclusions of the Virginia State Police. It is the property of the Virginia State Police and is loaned to your agency; it and its contents are not to be distributed outside your agency.

1. At approximately 1517 hours FUENTECILLA was brought into the office by OPR personnel. SA█ identified himself SA█ as agents with the Virginia State Police and explained to FUENTECILLA that DEA called the Virginia State Police to investigate missing drugs and that FUENTECILLA's name came up. SA█ then told FUENTECILLA that agents were going to pat him down and asked FUENTECILLA if he had any weapons on him. FUENTECILLA stated he had a knife but it wasn't on him anymore. FUENTECILLA was beginning to sweat profusely and was very fidgety.

2. SA█ conducted a search of FUENTECILLA's person. During the search FUENTECILLA█ pulled from FUENTECILLA's right front pants pocket a clear, glass vial with white crystal like powder.

3. SA█ asked FUENTECILLA what was in the vial. FUENTECILLA said, "That's our standards." SA█ asked what particular drug it was and FUENTECILLA excitedly said, "Methamphetamine!"

4. SA█ asked FUENTECILLA what drugs he tested at the lab. FUENTECILLA said he was in the cocaine group and the marijuana grow. SA█ asked FUENTECILLA, "Do you do any testing with methamphetamine?" FUENTECILLA responded, "Uhh sometimes." SA█ responded inquisitively, "Sometimes?" FUENTECILLA said, "We have a meth group." SA█ then asked, "Are you part of that meth group?" FUENTECILLA said, "No."

5. SA█ explained to FUENTECILLA he was there because drugs had come up missing, specifically methamphetamine.

6. SA█ read FUENTECILLA his Miranda Right from the Virginia State Police Advice of Rights form SP-168 at 1521 hrs. FUENTECILLA acknowledged that he understood his rights both verbally and by checking the appropriate block on the form. FUENTECILLA indicated that he wanted to talk to a lawyer both verbally and by checking the appropriate block on the form and signed the form.

FUENTECILLA was placed into custody and later transported to the Loudoun ADC.

**Available Attachments:**

Interview Report-FUENTECILLA-█.doc

Interview Report-█

SP-168-█.pdf

SP-168-█