# EXHIBIT 19

## VIRGINIA STATE POLICE ACTIVITY REPORT

CONFIDENTIAL This document contains neither recommendations nor conclusions of the Virginia State Police. It is the property of the Virginia State Police and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**File Number:** ▓▓▓▓

**File Manager:** ▓▓▓▓ SAGT

**Activity Number:** ▓▓▓▓

**Activity Title:** Interview

**Activity Date/Time:** 08/30/2017 00:00

**Activity Lead Employee:** ▓▓▓▓ SAGT

Interview of Sarah Christine Pillard   DOB: ▓▓▓▓   SSN: ▓▓▓▓

Location: ▓▓▓▓ (Loudoun County) - DEA Special Testing and Research Facility

Date: 8/30/2017   Approximately 1520

Agents: Special Agent ▓▓▓▓ -Lead
       Special Agent ▓▓▓▓ -Assist
       Special Agent ▓▓▓▓ -Monitor DEA OPR

Miranda- Yes-Type-Oral- from VSP issued Miranda Card
Recorded-Yes-Type-Audio

Synopsis: Ms. Pillard was interviewed about Oxycodone missing from the DEA Special Testing Laboratory where she worked. Agents with the DEA installed hidden cameras in various locations due to missing drugs from this facility. Agents obtained video of Ms. Pillard accessing the location of the missing drugs and documented the weight of the drugs prior to and after Ms. Pillard was observed removing the drugs ( Oxycodone ) which occurred on 8/25/17 and 8/29/17. On 8/25/17 227.9 mg of Oxycodone was removed and on 8/29/17 164.9 mg of Oxycodone was removed.

Details of interview:

Special Agent ▓▓▓▓ introduced himself to Ms. Pillard and asked Ms. Pillard not to say anything until he was done explaining. S/A ▓▓▓▓ advised Ms. Pillard that they were looking into drugs missing from the laboratory and advised Ms. Pillard that he had reviewed her prescription history and knew she was prescribed Oxycodone and one of the drugs missing was Oxycodone. S/A ▓▓▓▓ then advised Ms. Pillard that he had video of her removing Oxycodone on 8/25/17 and on 8/29/17 as well as falsifying the log sheet on 8/29/17. S/A ▓▓▓▓ advised Ms. Pillard that no desicion's have been made and that he wanted to hear her side about what was going on.

S/A ▓▓▓▓ read Ms. Pillard her Miranda Rights and asked if she understood her rights. Ms. Pillard replied yes. S/A ▓▓▓▓ again explained to Ms. Pillard why he wanted to talk to her and hear her side and advised her she didn't have to talk to him and asked if she wanted to talk us and Ms. Pillard

## VIRGINIA STATE POLICE ACTIVITY REPORT

CONFIDENTIAL This document contains neither recommendations nor conclusions of the Virginia State Police. It is the property of the Virginia State Police and is loaned to your agency; it and its contents are not to be distributed outside your agency.

replied sure.

S/A ▮ asked Ms. Pillard if she had any pain or medical issues and she indicated she did and advised she had severe migraines and had them for about 3 1/2 years. S/A ▮ asked Ms. Pillard if that was why she was taking the Oxycodone, to supplement what she was being prescribed and Ms. Pillard replied yes.

S/A ▮ asked Ms. Pillard how long she has been prescribed Oxycodone and she said she was not sure but then stated more than a year and she goes to the doctor about every 3 months. S/A ▮ asked if they stopped working and if that is why she started taking it from work and how that started. Ms. Pillard replied" I just I have so much pain that its just hard for me to come to work everyday with the amount of pain that I am in and I don't have any sick leave to take time off".

S/A ▮ asked Ms. Pillard when she decided to start taking the "Oxy" from the vault ( the location of where the drugs are located- desacator). Ms. Pillard said she was not positive then stated its been a few months. S/A ▮ asked how often she would do this and Ms. Pillard indicated at the beginning it was once a month and now she has become tolerant and needs more. Ms. Pillard indicated she started off taking around 25 mg and gradually went up. S/A ▮ advised Ms. Pillard about the amounts missing on 8/25 and 8/29 and Ms. Pillard indicated that the amounts were probably accurate and indicated she has likely been doing this since February. Ms. Pillard indicated the amounts she was taking began to increase around the beginning of the summer and she was doing it about once every two weeks and about once a month before that. ( recorded weights missing are: 8/18/17- 277.7 mg, 8/24/17- 164.7 mg, 8/25/17- 227.9 mg, and 8/29/17 164.9 mg )

Ms. Pillard was asked about the increased frequency and indicated it was because of the tolerance. Ms. Pillard was asked if she was addicted and she stated she didn't know and indicated she was doing it for the pain. Ms. Pillard also stated she was not taking any other drugs just the Oxycodone.

Ms. Pillard was asked if she had any knowledge of any other chemist stealing drugs and she stated she did not and Ms. Pillard indicated she came up with the idea to steal the Oxycodone on her own. Ms. Pillard was asked when was the last time she took Oxycodone before the 8/25/17 incident and she indicated about a week prior and took about 150 mg. Ms. Pillard indicated she would remove the Oxycodone and put it in a glass vial she would obtain at work. Ms. Pillard indicated she used the Oxycodone taken on 8/29/17 in two doses and did not have any left. She described putting the Oxycodone into capsules and taking it orally. ( later she indicated she took between 100 mg and 150 mg in two doses and the rest spilled in the kitchen area).

S/A ▮ told Ms. Pillard she cant be stealing it from the DEA and Ms. Pillard stated " I understand, what I have done is wrong I understand I just feel very overwhelmed by how much pain I was in".

Ms. Pillard was asked about the falsifying of the log book when she logged out Fentanyl but actually removed Oxycodone. She indicated she did that to avoid anyone knowing she was taking out the Oxycodone. Ms. Pillard was asked if she had done this before. Ms. Pillard stated a couple of times.

## VIRGINIA STATE POLICE ACTIVITY REPORT

CONFIDENTIAL This document contains neither recommendations nor conclusions of the Virginia State Police. It is the property of the Virginia State Police and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Ms Pillard indicated she filled the log out stating she removed Cocaine and actually took out Oxycodone ( this incident was flagged as suspicious early on in this investigation and Agent's were aware of this and was in part why she became a suspect in this investigation ).

Ms. Pillard was asked if she had anything else she wanted to say and she stated:

" No, I know it's , it's not good I just I need to figure out a way to deal with the pain it's it's- not this".

This part of the interview was completed. A brief second interview was conducted about an hour afterwards with some follow up and is the second part of the recording. The details of this follow up are:

Ms. Pillard was asked about her involvement in testing drugs in criminal cases. Ms. Pillard denied taking any drugs from criminal case submissions. Ms. Pillard indicated she has probably analyzed Oxycodone in criminal cases. Ms. Pillard was asked again about the Oxycodone taken on 8/29/17 ( the day prior ) and she indicated she took between 100 mg and 120 mg in two separate doses. Ms. Pillard stated she was not proud of that. Ms. Pillard stated she made a big mistake. Ms. Pillard indicated she has analyzed hundreds of criminal cases while assigned to the Special Testing and Research Facility.

A copy of the audio recording will be made a part of this case file. Refer to the audio recording for context the statements made during this interview.

**Available Attachments:**